# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARTIVA, INC.; WRIGHT MEDICAL GROUP, N.V.; STRYKER, B.V.<br><br>　　　　　Defendants. | Case No. 2: 22-cv-00516-KJM-AC<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**ORDER TO EXTEND COMPLAINT RESPONSE DEADLINE**<br><br>Complaint Filed: 3/18/2022<br>Current Response Date: May 25, 2022<br>Proposed Response Date: July 25, 2022 |

Before the Court is the Parties' Joint Stipulation to Extend the Complaint Response Deadline to allow Defendants until July 25, 2022 to respond to the Complaint, in order allow the Parties to work cooperatively together to evaluate this matter before incurring significant costs of initial pleadings or potential motion practice.   For good cause shown, the Stipulation to Extend is GRANTED. Defendants have until July 25, 2022 to respond to the Complaint.  The Status (Pretrial Scheduling) Conference set for July 28, 2022 is VACATED and RESET for September 8, 2022, at 2:30 p.m., with the filing of a joint status report due fourteen (14) days prior.

/////

IT IS SO ORDERED.

DATED: May 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE