**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMIE THOMPSON,  | Case No. 2: 22-cv-00516-KJM-AC |
| Plaintiff, | Judge: Hon. Kimberly J. Mueller |
| v. | |
| CARTIVA, INC.; WRIGHT MEDICAL GROUP, N.V.; STRYKER, B.V. | **ORDER STAYING CASE** |
| Defendants. | |

Before the Court is the Parties' Joint Stipulation to Stay this case in its entirety, in order to allow the Parties to continue to work cooperatively together to evaluate this matter before incurring costs of litigation, including initial responsive pleadings.  For good cause shown, the Stipulation to Stay this case is GRANTED IN PART.  This action is **stayed for 90 days**.  Should the Parties reach an impasse in their efforts in the meantime and wish to restore this matter to the Court's active docket, they will provide prompt notice to the Court, with a proposed deadline for Defendants to respond to the Complaint and for the Parties to submit a proposed schedule.  If the parties do not reach an impasse before the stay expires but wish to extend the stay, they may do so by filing a stipulated request that includes a showing of good cause.

/////

IT IS SO ORDERED.

DATED: July 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE